FILED
CLERK, U.S. DISTRICT COURT
8/12/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___eva___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2019 Grand Jury

| UNITED STATES OF AMERICA, | No. 8:20-cr-00106-JVS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine] |
| LOUIS SPAGNOLINI, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about February 19, 2020, in Orange County, within the Central District of California, defendant LOUIS SPAGNOLINI knowingly and intentionally distributed at least fifty grams, that is, approximately 100 grams, of methamphetamine, a Schedule II controlled substance.

## COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about February 20, 2020, in Orange County, within the Central District of California, defendant LOUIS SPAGNOLINI knowingly and intentionally distributed at least fifty grams, that is, approximately 102 grams, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

/S/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

Scott M. Garringer
Deputy Chief, Criminal Division For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

VIBHAV MITTAL
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

JAKE D. NARE
Assistant United States Attorney
Santa Ana Branch Office